FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   -vs-<br><br>MIGUEL BARAJAS-RIVERA,<br><br>                    Defendant. | No.   2:17-CR-0071-WFN-1<br><br>ORDER DISMISSING INDICTMENT<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Pending before the Court is the Government's Unopposed Motion for Order of Dismissal Without Prejudice. ECF No. 21. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Unopposed Motion for Order of Dismissal Without Prejudice, filed December 14, 2017, **ECF No. 21**, is **GRANTED**.

2. The case is **DISMISSED WITHOUT PREJUDICE**.

3. The Government's Motion to Expedite, filed December 14, 2017, **ECF No. 22**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Marshals Service**--action required**.

**DATED** this 18th day of December, 2017.

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
12-14-17                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER